No. 10–5100. PENG THAO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5102. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5103. WITHEROW *v.* SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5104. TACKETT *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 10–5105. RUDDLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5107. MCDONALD *v.* HARDY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–5108. SIERRA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–5110. WRIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5111. VASQUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5112. WALKER *v.* REESE ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–5114. COLLINS *v.* RUNNELS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5116. CADY *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–5117. DESMARAT *v.* ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–5118. DOTSON *v.* TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 10–5120. DORSEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.